IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Galonska, Lucja

Printed: 6/3/08

Case Number: 07 B 11619
Judge: Wedoff, Eugene R
Filed: 6/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,490.00 |  |
| Secured: |  | 836.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 573.39 |
| Trustee Fee: |  | 80.46 |
| Other Funds: |  | 0.00 |
| Totals: | 1,490.00 | 1,490.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael J Worwag | Administrative | 2,300.00 | 573.39 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | United Consumer Financial Srv | Secured | 0.00 | 0.00 |
| 5. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 8,491.88 | 836.15 |
| 7. | Barclays Capital Real Estate | Secured | 9,000.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 165.47 | 0.00 |
| 9. | American General Finance | Unsecured | 32.61 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 304.31 | 0.00 |
| 11. | Chase Bank | Unsecured | 49.02 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 152.85 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 48.60 | 0.00 |
| 14. | ER Solutions | Unsecured | 143.18 | 0.00 |
| 15. | Sallie Mae | Unsecured | 751.94 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 511.18 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 422.51 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 193.52 | 0.00 |
| 19. | Capital One | Unsecured | 248.56 | 0.00 |
| 20. | Walmart | Unsecured | 32.46 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 127.25 | 0.00 |
| 22. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 23. | Cook County Treasurer | Priority |  | No Claim Filed |
| 24. | Harris Trust & Savings Bank | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Galonska, Lucja

Printed: 6/3/08

Case Number: 07 B 11619
Judge: Wedoff, Eugene R
Filed: 6/29/07

| | | | | |
|---|---|---|---|---|
| 26. | HSBC | Unsecured | | No Claim Filed |
| 27. | Thd/Cbsd | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,975.34 | $ 1,409.54 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 80.46 |
| | _____ |
| | $ 80.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_